# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| IN RE: NEW-INDY EMISSIONS LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 0:21-cv-01480-SAL <br> 0:21-cv-01704-SAL |

## STIPULATION OF DISMISSAL

Plaintiffs Kenny N. White, Candice Cherrybone, Shane Nickell, Tracie Nickell, Amanda Swager, Shara Swager, Terri Kennedy, Marty Kennedy, Enrique Lizano, Sansanee Lizano, Melda Gain and Orrin Gain ("the Plaintiffs"), and Defendants New-Indy Catawba, LLC and New-Indy Containerboard, LLC ("the Defendants) (collectively, "the Parties"), have agreed to end with prejudice all claims asserted by Plaintiffs against Defendants in the above-captioned matter, pursuant to the terms of the Class Action Settlement Agreement which was granted Final Approval by this Honorable Court on September 18, 2024 (ECF No. 362).

THEREFORE, IT IS STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(ii), by the undersigned counsel for the parties, that all claims asserted by the Plaintiffs against the Defendants are HEREBY DISMISSED WITH PREJUDICE.

WE SO STIPULATE:

| | |
|---|---|
| /s/ T. David Hoyle <br> T. David Hoyle (Fed. ID No. 9928) <br> MOTLEY RICE LLC <br> 28 Bridgeside Blvd. <br> Mt. Pleasant, South Carolina 29464 <br> (843) 216-9000 <br> dhoyle@motleyrice.com | /s/ Scott T. Schutte <br> Scott T. Schutte (admitted *pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 110 N. Wacker Drive, Suite 2800 <br> Chicago, Illinois 60606 <br> (312) 324-1000 <br> scott.schutte@morganlewis.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

1